IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DAVID SINCLAIR,

    Plaintiff,

    v.

SOUTHERN COMPANY, et al.,

    Defendants.

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

APR 17 2026

FILED

CV 125-145

## O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 14.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this __17th__ day of April, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA